UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANGELO BALSANO,

                                                        09-CV-490
                                                        (DNH/VEB)

                             Plaintiff,

    -v-

MICHAEL J. ASTRUE, Commissioner of Social
Security,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Irwin M. Portnoy & Associates, PC<br>Attorneys for Plaintiff<br>542 Union Avenue<br>New Windsor, NY 12550 | IRWIN M. PORTNOY. ESQ. |
| OFFICE OF GENERAL COUNSEL<br>Social Security Administration<br>Region II<br>Attorneys for Defendant<br>26 Federal Plaza, Room 3904<br>New York, NY 10278 | SIXTINA FERNANDEZ, ESQ. |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff's counsel, Irwin M. Portnoy, Esq., has filed a motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Dkt. No. 26. On February 13, 2013, the Honorable Victor E. Bianchini, United States Magistrate Judge,

advised by Report-Recommendation that the motion be granted in part and that plaintiff be awarded $11,774.63 in fees, plus costs in the amount of $362.82, and that the payment be mailed to the office of plaintiff's counsel. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's motion for attorneys' fees and costs is GRANTED in part;

2. Plaintiff is awarded $11,774.63 in attorneys' fees;

3. Plaintiff is awarded $362.82 in costs; and

4. Payment shall be mailed to the office of plaintiff's counsel.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 11, 2013
 Utica, New York.